UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NANNETTE LAREE HERNANDEZ,<br>    Plaintiff, | )<br>)<br>)   No. 1:15-cv-1292 |
| -v- | )<br>)   HONORABLE PAUL L. MALONEY |
| ALAN LEDDON d/b/a SPERO PUBLISHING,<br>REBEKAH LEDDON, LULU.COM; LULU<br>ENTERPRISES, INC., AND LULU LTD.,<br>    Defendants. | )<br>)<br>)<br>)<br>) |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 20), dismissing this action without prejudice consistent with Fed. R. Civ. P. 41(b), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:  April 8, 2016                        /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge

1